UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 21-15452 (ESK) |
| vs. | DISMISSAL ORDER |
| DANIEL COURNEY | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Information, Mag. No. 21-15452 (ESK), against defendant DANIEL COURNEY, which Information was filed on December 2, 2021, charging the defendant in two separate counts with violations of the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Philip R. Sellinger* (RW]
PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted on this **7th** day of __October__, 2022, for the filing of the foregoing dismissal.

___*/s/ Edward S. Kiel*___
Honorable Edward S. Kiel
United States Magistrate Judge